IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Centauri Specialty Insurance Company ) | C/A No.: 2:24-cv-0559 DCN MHC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LeeAnne E. Owens and ) | |
| Mary Cotton Owens ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On April 28, 2025, this court issued an order adopting the Magistrate Judge's Report and Recommendation and denied defendant's motions for summary judgment and for default judgment and dismissed defendant Mary Cotton Owens as a defendant in this case. On the same day, plaintiff's objections to the Report and Recommendation were received and docketed. The envelope in which the objections were received shows that it was mailed on the date that objections were due. Therefore, those objections are considered timely filed.

**IT IS THEREFORE ORDERED** that this court's order filed on April 28, 2025, denying defendant's motions for summary judgment and for default judgment and dismissing defendant Mary Cotton Owens is **VACATED**. The Clerk of Court is directed to reinstate the motion for summary judgment (ECF No. 62), the motion for default judgment (ECF No. 92), the Report and Recommendation (ECF No. 97) and Mary Cotton Owens as a defendant in this case.

**IT IS FURTHER ORDERED** that plaintiff shall have fourteen (14) days from the date of this order to file a reply to defendant's objections to the Report and Recommendation. The

court will then take under advisement the Report and Recommendation, the defendant's objections and any reply to those objections and issue a new order.

**AND IT IS SO ORDERED.**

May 6, 2025
Charleston, South Carolina

David C. Norton
United States District Judge